UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80124-CR-ROSENBERG

UNITED STATES OF AMERICA,

vs.

KENNETH BAILYNSON et al.,

    Defendants.
_____/

**NOTICE OF LIS PENDENS**

GRANTEES: KENNETH BAILYNSON

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on June 22, 2018 the United States of America, filed an indictment in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. §§ 982(a)(1) and (a)(7) the United States of America may seek to forfeit the real property located at **4565 Coconut Road, Lake Worth, Florida,** Palm Beach County, Florida, and particularly described as:

    Parcel 1
    Lot "E", Block 107, The Palm Beach Farms Co. Plat No. 7, according to the plat thereof as recorded in Plat Book 5, Page 72, Public Records of Palm Beach, County, Florida.

Parcel Identification Number: 00-43-44-30-01-107-0050

    Parcel 2
    Lot "D", Block 75, The Palm Beach Farms Co. Plat No. 7, according to the plat thereof as recorded in Plat Book 5, Page 72, Public Records of Palm Beach, County, Florida.

Parcel Identification Number: 00-43-44-30-01-075-0060

    Parcel 3
    Lot "C", Block 75, The Palm Beach Farms Co. Plat No. 7, according to the plat thereof as recorded in Plat Book 5, Page 72, Public Records of Palm Beach, County, Florida.

Parcel Identification Number: 00-43-44-30-01-075-0040

FURTHER NOTICE IS HEREBY GIVEN that pursuant to 21 U.S.C. § 853(k), no party claiming an interest in the described property may (1) intervene in the trial or appeal of the criminal case, or (2) commence an action at law or equity against the United States concerning the validity of an alleged interest in the property subsequent to the filing of an indictment, except as provided by the

provisions of 21 U.S.C. § 853(n) following the entry of an order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

                                              Respectfully submitted,

                                              BENJAMIN G. GREENBERG
                                              UNITED STATES ATTORNEY

By:    */s/ Karen E. Moore*
        KAREN E. MOORE
        Assistant United States Attorney
        Court Id. No. A5500043
        99 N.E. 4TH STREET
        Miami FL, 33132-2111
        TEL. (305) 961-9030
        FAX. (305) 536-4089
        E-mail: Karen.Moore@usdoj.gov