**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CR-80124-RUIZ**

**UNITED STATES OF AMERICA**

v.

**KENNETH BAILYNSON, and**
**MARK AGRESTI,**

        **Defendants.**
_____/

**JOINT MOTION FOR CONTINUANCE AND TRIAL SETTING**

The parties respectfully file this Joint Motion for a Continuance, and to set trial for Tuesday, January 18, 2022, and state in support as follows:

1.  Under this Court's Scheduling Order of October 28, 2020 [D.E. 255], the trial in this matter was scheduled to begin on May 24, 2021, with a Motions Deadline of May 4, 2021, and a Plea Deadline, and Calendar Call, of May 18, 2021. Speedy Trial Time is excluded until May 24, 2021.

2.  A Status Conference was held in this case on January 21, 2021. [D.E. 192]. The Court informed the parties that the trial date of April 26, 2021, was not feasible given the state of the ongoing COVID-19 pandemic in South Florida. The Court requested that the parties confer and propose an acceptable trial date that takes these and other factors into account.[1]

3.  The parties have discussed the current situation, and given all of the varied concerns described above, believe that a trial beginning on January 18, 2022, would provide certainty since

---

[1] The Government notes that an additional case before this Court that was scheduled for trial, United States v. Patel, Case No. 18-CR-80181-RUIZ, also had a Status Conference on January 21, 2021. Just as in this case, the Court requested that the parties meet and confer and propose a trial date; the parties in Patel will file a motion requesting a trial date of March 7, 2022.

the pandemic situation should improve by this time, and that setting a date so far in advance would allow the Court and the parties to manage their docket and schedules.

4. Additionally, the parties request that Speedy Trial Time, which has been tolled until May 24, 2021, per this Court's Order [D.E. 255], as mentioned above, be further continued until the date trial commences in the interests of justice.

Accordingly, the United States of America and the Defendant have conferred and agreed, and now hereby submit this Joint Request for a Continuance and to set the trial to begin on January 18, 2022.

Dated: January 26, 2021

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

DANIEL KAHN, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By: /s/ James V. Hayes
JAMES V. HAYES (FL Bar # A5501717)
James.Hayes@usdoj.gov
Senior Litigation Counsel
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *James V. Hayes*
James V. Hayes